UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:14-cv-112-RJC

| | |
|---|---|
| LISA JUMPER, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) **ORDER**<br>)<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER** comes before the Court *sua sponte* in light of Mascio v. Colvin, 780 F.3d 632 (4th Cir. 2015). The parties are hereby directed to consult one another and discuss, in good faith, whether the ruling in Mascio requires sentence four remand to the Commissioner. The parties shall then advise the Court via Status Report to be filed with the Court **on or before June 11, 2015** on this issue, namely, whether remand is appropriate. The Status Report must certify that counsel have, in fact, discussed Mascio and its implications in the specific case. If a consent to remand is not proposed and supplemental briefing is requested by either party, supplemental filings should be submitted **on or before June 24, 2015.**

**SO ORDERED.**

Signed: June 3, 2015

Robert J. Conrad, Jr.
United States District Judge